## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| KEENA M WALLACE, | |
| | NO. 09-24395 |
| DEBTOR | JUDGE: Hollis |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP in your Chapter 13 case number 09-24395. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.

As of March 11, 2011 the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 10/2010 – 02/2011 monthly payments at $851.89 each | = $ | 4,259.45 |
| 03/2011 monthly payment at $865.89 each | = $ | 865.89 |
| TOTAL | = $ | 5,125.34 |

Respectfully submitted,

 /s/ Christopher R. Murphy
Attorney for BAC Home Loans Servicing, LP FKA
Countrywide Home Loans Servicing LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-030725

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**